IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>**LECLAIRRYAN PLLC,**<br><br>        Debtor.<br><br>**Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>        Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC and UnitedLex Corporation**<br><br>        Defendants. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br><br><br><br><br>Ad. Proc. No. 20-03142-KRH |

## STIPULATION

COMES NOW ULX Partners, LLC and UnitedLex Corporation (collectively, the "**Defendants**"), by counsel, and Lynn L. Tavenner as Chapter 7 Trustee (the "**Trustee**"), by counsel, and stipulate and agree as follows:

1. The Trustee filed the Complaint in this Adversary Proceeding on October 26, 2020 (the "Complaint"), and the Court issued a Summons stating that the responsive pleading deadline is December 7, 2020;

2. Defendants accepted service of the Summons on November 13, 2020;

3. Defendants have requested, and the Trustee has not opposed, that the Parties stipulate to an extension of time for the Defendants to respond to the Complaint until on or before January 11, 2021.

4. The Parties have not previously stipulated to an extension of the responsive pleading deadline.

5. The Parties therefore stipulate that Defendants shall file any response to the Complaint on or before January 11, 2021.

6. The Parties further stipulate that the Trustee may file her response to Defendants' responsive pleading on or before February 12, 2021.

Dated: November 24, 2020

Respectfully submitted,

| /s/ Thomas J. McKee, Jr. | /s/ Brittany J. Nelson |
|---|---|
| David G. Barger (VSB No. 21652) | Erika L. Morabito (VSB No. 44369) |
| Thomas J. McKee, Jr. (VSB No. 68427) | Brittany J. Nelson (VSB No. 81734) |
| Greenberg Traurig, LLP | FOLEY & LARDNER LLP |
| 1750 Tysons Boulevard, Suite 1000 | 3000 K Street, NW, Suite 600 |
| McLean, Virginia 22102 | Washington, DC 20007-5109 |
| Telephone: (703) 749-1300 | Telephone: (202) 672-5300 |
| Facsimile: (703) 749-1301 | Facsimile: (202) 672-5399 |
| Email: bargerd@gtlaw.com | Email: emorabito@foley.com |
| mckeet@gtlaw.com | bnelson@foley.com |

and

J. Gregory Milmoe (admitted pro hac vice)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to ULX Partners, LLC and UnitedLex Corporation*