# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

|  |  |
|---|---|
| **In re:** LeClairRyan PLLC | **Case Number**   19−34574−KRH |
| Lynn L. Tavenner, as Chapter 7 Trustee | **Chapter**   7 |
|  | **Adversary Proceeding Number**   20−03142−KRH |
|  | **Judge**   Kevin R. Huennekens |

                    Plaintiff(s)

V.

ULX Partners, LLC et al.

                    Defendant(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on December 24, 2020 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 12/17/2020, Remote electronic access to the transcript is restricted until 03/18/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973−406−2250.] [Transcript Purchased by Thomas McKee.] (RE: related document(s) [8] Pre−Trial Conference Held; Two Week Trial Set from 9/14/2021 to 9/24/2021; Appearance(s): Erika Morabito for Plaintiff; Thomas McKee, David Barger for Defendant(s) (Re: related document(s)1 Complaint filed by Lynn L. Tavenner, as Chapter 7 Trustee, 4 Amended Complaint filed by Lynn L. Tavenner, as Chapter 7 Trustee) Trial set for 9/14/2021 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.). Notice of Intent to Request Redaction Deadline Due By 12/28/2020. Redaction Request Due By 01/8/2021. Redacted Transcript Submission Due By 01/19/2021. Transcript access will be restricted through 03/18/2021. (Gottlieb, Jason)

     The parties have [until December 31, 2020] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [January 14, 2021] [21 days from the date of filing of the transcript].

     If a request for redaction is filed, the redacted transcript is due [January 25, 2021] [31 days from the date of filing of the transcript].

     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [March 24, 2021] [90 calendar days from the date of filing of the transcript] unless extended by court order.

     To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                                                        **William C. Redden**
                                                        **Clerk, United States Bankruptcy Court**

Date:   December 24, 2020

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court

Eastern District of Virginia

Tavenner, as Chapter 7 Trustee,
    Plaintiff

ULX Partners, LLC,
    Defendant

Adv. Proc. No. 20-03142-KRH

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: smithla      Page 1 of 2
Date Rcvd: Dec 24, 2020      Form ID: redacttr      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | + John P. Fitzgerald, III, Office of the US Trustee - Region 4 -R, 701 E. Broad Street, Ste. 4304, Richmond, VA 23219-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Lynn L. Tavenner, as Chapter 7 Trustee |
| dft | | ULX Partners, LLC |
| dft | | UnitedLex Corporation |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brittany Jane Nelson | on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee bnelson@foley.com, emorabito@foley.com;jcharrison@foley.com |
| David G. Barger | on behalf of Defendant ULX Partners LLC bargerd@gtlaw.com, subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com subzwaria@gtlaw.com |

| | | |
|---|---|---|
| District/off: 0422-7 | User: smithla | Page 2 of 2 |
| Date Rcvd: Dec 24, 2020 | Form ID: redacttr | Total Noticed: 1 |

Thomas John McKee, Jr.
    on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
    on behalf of Defendant ULX Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

TOTAL: 5