David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Fax:            (703) 749-1301
Email:  mckeet@gtlaw.com

*Counsel to ULX Partners, LLC and UnitedLex Corp.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 19-34574 (KRH)** |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC and UnitedLex Corporation**<br><br>Defendants. | **Adv. Pro. No. 20-03142-KRH** |

### NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that defendants ULX Partners, LLC and UnitedLex Corporation have filed a Motion to Withdraw the Bankruptcy Reference (the "**Motion**") in the above-captioned adversary proceeding.

  **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained for a fee at https://ecf.vaeb.uscourts.gov.

  **PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should read the Motion carefully and discuss it with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that on December 17, 2020, the Court entered its *Pretrial Order* [Docket No. 9] (the "**Pretrial Order**"). The Pretrial Order governs certain procedural aspects applicable herein. A copy of the Pretrial Order may be obtained for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before January 25, 2021 (the "**Objection Deadline**"), you or your attorney must:

- ☒ File with Court, either electronically or at the address shown below, a written response pursuant to 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline:

    Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Suite 4000
    Richmond, VA 23219

    You must also serve a copy of your written response on the undersigned counsel so that it is received on or before the Objection Deadline.

- ☒ Attend a hearing to be scheduled at a later date should a hearing be necessary. You will receive a separate Notice of Hearing should a hearing be scheduled.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, including the filing and serving of a written response within the time period and in the manner set forth above pursuant to the Pretrial Order, the Court may deem any opposition waived, treat the Motion as conceded, decide that you do not oppose the relief sought in the Motion and issue an order granting the relief requested without further notice or hearing.

Dated: January 11, 2021

/s/ Thomas J. McKee, Jr.
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: bargerd@gtlaw.com
mckeet@gtlaw.com

and

J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email:  milmoeg@gtlaw.com

*Counsel to Defendants.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2021, I served a true and correct copy of the foregoing *Notice of Motion* via the Court's CM/ECF filing system upon:

>Erika L. Morabito, Esq.
>Brittany J. Nelson, Esq.
>FOLEY & LARDNER LLP
>3000 K Street, NW, Suite 600
>Washington, DC 20007-5109
>emorabito@foley.com
>bnelson@foley.com
>*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

>　/s/ Thomas J. McKee, Jr.　
>Thomas J. McKee, Jr. (VSB No. 68427)
>Greenberg Traurig, LLP
>1750 Tysons Boulevard, Suite 1000
>McLean, Virginia 22102
>Telephone:  (703) 749-1300
>Facsimile:   (703) 749-1301
>Email: mckeet@gtlaw.com
>
>*Counsel to Defendants*