David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Fax:           (703) 749-1301
Email:  mckeet@gtlaw.com

*Counsel to ULX Partners, LLC and UnitedLex Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 19-34574 (KRH)** |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ULX Partners, LLC and UnitedLex Corporation,**<br><br>**Defendants.** | **Adv. Pro. No. 20-03142-KRH** |

**DEFENDANTS' SUPPLEMENTAL DESIGNATION OF RECORD
WITH RESPECT TO THEIR MOTION TO WITHDRAW THE REFERENCE AND
IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
<u>MOTION TO WITHDRAW THE REFERENCE</u>**

Defendants ULX Partners, LLC and UnitedLex Corporation, by counsel and pursuant to Local Bankruptcy Rule 5011-1(C), designate the following additional portions of the record with respect to their Motion to Withdraw the Reference and Memorandum in Support Thereof that was filed on January 11, 2021 [Docket No. 13] and their Reply Memorandum in Support of Their Motion to Withdraw the Reference that was filed on February 8, 2021 in response to Plaintiff's

Opposition to Defendants' Motion to Withdraw the Reference that was filed on January 25, 2021 [Docket No. 19]:

**BANKRUPTCY PROCEEDING NO. 19-34574 (KRH)**

    (i)    Transcript of Hearing held on December 19, 2019 at 1:05 p.m. [Docket No. 743].

Dated: February 8, 2021        Respectfully submitted,

    /s/ Thomas J. McKee, Jr.
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Fax:            (703) 749-1301
Email:  mckeet@gtlaw.com

*Counsel to Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of February 2021, I served a true and correct copy of the foregoing document via the Court's CM/ECF filing system upon:

        Erika L. Morabito, Esq.
        Brittany J. Nelson, Esq.
        FOLEY & LARDNER LLP
        3000 K Street, NW, Suite 600
        Washington, DC 20007-5109
        emorabito@foley.com
        bnelson@foley.com

        *Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

         /s/ Thomas J. McKee, Jr.
        Thomas J. McKee, Jr. (VSB No. 68427)
        Greenberg Traurig, LLP
        1750 Tysons Boulevard, Suite 1000
        McLean, Virginia 22102
        Telephone:  (703) 749-1300
        Facsimile:   (703) 749-1301
        Email: mckeet@gtlaw.com

        *Counsel to Defendants*