# United States Bankruptcy Court
## for the Eastern District of Virginia
### Richmond Division

**IN RE:** LeClairRyan PLLC

Case No. 19-34574

Adv. Pro. No. 20-03142

Debtor(s)

Chapter 7

## TRANSMITTAL OF WITHDRAWAL OF REFERENCE
## TO THE U. S. DISTRICT COURT

**MOTION TO WITHDRAW REFERENCE:**

| | |
|---|---|
| DATE FILED: | January 11, 2021 |
| FILED BY (MOVANT): | ULX Partners, LLC, UnitedLex Corporation |
| ATTORNEY: | Thomas John Mckee, Jr. |

**RESPONSE TO MOTION TO WITHDRAW REFERENCE:**

| | |
|---|---|
| DATE DUE: | January 25, 2021 |
| FILED BY (RESPONDENT): | Lynn L. Tavenner |
| ATTORNEY: | Erika Morabito |

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

- ✓ Motion to Withdraw Reference
- ✓ Memorandum in support of Motion to Withdraw Reference
- ✓ Response to Motion to Withdraw Reference
- ☐ Certified Copy of Bankruptcy Docket Sheet
- ✓ Designation of Record
- ✓ Other Pertinent Record: Designated Items in the 19-34574, Designated Claims and Designated Transcripts of Hearing

*WILLIAM C. REDDEN, CLERK OF COURT*
BY: /s/: N. Bullock
Deputy Clerk

Date transmitted: Feb 10, 2021    Telephone No: (804) 916-2428

---------------------------------------------------------------------------------------------------------------

U. S. DISTRICT COURT CASE NUMBER: _____

DATE: _____ BY: _____

**PLEASE RETURN SECOND COPY UPON COMPLETION**

cc: Attorney for Movant
    Attorney for Respondent