David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Fax:         (703) 749-1301
Email:  mckeet@gtlaw.com

*Counsel to ULX Partners, LLC and UnitedLex Corp.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | Chapter 7<br><br>Case No. 19-34574 (KRH) |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC and UnitedLex Corporation,**<br><br>Defendants. | Adv. Pro. No. 20-03142-KRH |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held via Zoom on Defendants ULX Partners, LLC's and UnitedLex Corporation's Motion to Partially Dismiss the Complaint (Docket No. 17 in case 20-03142-KRH) on **March 25, 2021, at 11:00 a.m.** (an omnibus hearing date in the underlying bankruptcy matter and a date agreed to by counsel) before the Honorable Kevin R. Huennekens, United States Bankruptcy Court Judge.  The information for such hearing is set forth below:

**Zoom registration link:**

    https://www.zoomgov.com/meeting/register/vJItdeuorDovHBXHPLj1s3IKsz7JBIeykN0

**Listen-only conference line:**

    Dial: 1-866-590-5055

    Access Code: 4377075

    Security Code: 32521

Dated:  February 23, 2021

    */s/ Thomas J. McKee, Jr.*
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Facsimile:   (703) 749-1301
Email: bargerd@gtlaw.com
    mckeet@gtlaw.com

and

J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email:  milmoeg@gtlaw.com

*Counsel to Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2021, I served a true and correct copy of the foregoing *Notice of Hearing* via the Court's CM/ECF filing system upon:

>Erika L. Morabito, Esq.
>Brittany J. Nelson, Esq.
>FOLEY & LARDNER LLP
>3000 K Street, NW, Suite 600
>Washington, DC 20007-5109
>emorabito@foley.com
>bnelson@foley.com
>
>*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

/s/ Thomas J. McKee, Jr.
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to Defendants*