## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: LECLAIRRYAN PLLC, | Case No. 19-34574-KRH |
| Debtor. | Chapter 7 |

_____

| | |
|---|---|
| LYNN L. TAVENNER, as Chapter 7 Trustee, | |
| **Plaintiff,** | |
| v. | Adv. Pro. No. 20-03142-KRH |
| ULX PARTNERS, LLC and UNITEDLEX CORPORATION, | |
| **Defendants.** | |

_____

### ORDER

By *Order* [ECF No. 30] (the "Scheduling Order") dated March 23, 2021, the United States

Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") scheduled a

hearing in the above-captioned adversary proceeding on the *Defendants' ULX Partners, LLC's*

*and UnitedLex Corporation's Motion to Partially Dismiss the Complaint* [ECF No. 17] (the

"Motion to Dismiss") for April 27, 2021, at 1:00 p.m.  Subsequently, on March 31, 2021, the

Bankruptcy Court issued its *Proposed Findings of Fact and Conclusions of Law* [ECF No. 32] (the

"Proposed Findings and Conclusions"), whereby the Bankruptcy Court recommended that the

United States District Court for the Eastern District of Virginia (the "District Court") deny the

*Defendants' Motion to Withdraw the Reference and Memorandum in Support Thereof* [ECF No.

13] (the "Motion to Withdraw the Reference").  ULX Partners, LLC and UnitedLex Corporation

objected to the Proposed Findings and Conclusions, and the Motion to Withdraw the Reference

remains pending before the District Court. Accordingly, in light of the foregoing and in accordance with the Scheduling Order, it is hereby

**ORDERED** that the Bankruptcy Court will conduct a status conference (the "Status Conference") on the Motion to Dismiss on April 27, 2021, at 1:00 p.m. but will not hear oral arguments on the Motion to Dismiss at that time. Pursuant to the Court's *Protocol in Response to Public Health Emergency*,[1] the Status Conference will be conducted via Zoom for Government. Persons seeking to appear or participate at the Status Conference must register in advance via the following link:

https://www.zoomgov.com/meeting/register/vJItcOGqrjIpGA3Ap42KB4_sK5wjtLNNqdA.

In addition, a listen-only line is available at:

> Dial In: 1-866-590-5055
> Access Code: 4377075
> Security Code: 42721

DATED:  April 21, 2021               /s/ Kevin R. Huennekens
                                     UNITED STATES BANKRUPTCY JUDGE

                                     Entered on Docket:  Apr 21 2021

**Copies to:**

**Erika L. Morabito**
Foley & Lardner
3000 K Street NW, Suite 600
Washington, DC 20007

**Brittany Jane Nelson**
Foley & Lardner
3000 K Street NW, Suite 6000
Washington, DC 20007

---

[1]    A copy of the Protocol in Response to Public Health Emergency is available on the Court's website at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=860.

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**David G. Barger**
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102

**Thomas John McKee, Jr.**
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102