United States Bankruptcy Court
Eastern District of Virginia
_____ Division

In re: LeClairRyan PLLC
Tavenner, as Chapter 7 Trustee v.ULX Partners, LLC et al

Case No. 19-34574-KRH

Adv. Proceeding No. 20-03142

Civil Action No. \_ _____

Debtor(s)

### SUPPLEMENTAL TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed on N/A and transmitted on April 30, 2021.

1. ( ) Docket Record, Designation(s) [if any], and Items Designated
2. ( ) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
3. ( ) Copies of exhibits, if designated, included as a separate file(s): \_\_\_ electronic and/or \_\_\_ conventional, on paper
4. (✓) Other Documents [32] Proposed Findings of Fact and Conclusions of Law, [35] Objection to Proposed Findings of Fact and Conclusions of Law, and [43] Trustee's Response to Defendant's Objection

WILLIAM C. REDDEN, Clerk of Court

Date: April 30, 2021          By /s/: N. Bullock, Deputy Clerk

……………………………………………………………………………………………………………………

RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No. _____.

Date: _____          By: _____, Deputy Clerk

[supptrans ver. 12/14]