**United States Bankruptcy Court**
**Eastern District of Virginia**
_____ **Division**

In re:	Case No.	_____

Adv. Proceeding No._____

Civil Action No. \_ _____

Debtor(s)

**SUPPLEMENTAL TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed on _____ and transmitted on _____.

1. ( ) Docket Record, Designation(s) [if any], and Items Designated
2. ( ) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
3. ( ) Copies of exhibits, if designated, included as a separate file(s): \_\_\_ electronic and/or \_\_\_ conventional, on paper
4. ( ) Other Documents _____
_____

WILLIAM C. REDDEN, Clerk of Court

Date: _____	By _____, Deputy Clerk

……………………………………………………………………………………………………………………………

RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No. _____.

Date: _____	By: _____, Deputy Clerk

[supptrans ver. 12/14]