**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In re:  LECLAIRRYAN PLLC, <br> Debtor. | Case No. 19-34574-KRH <br> Chapter 7 |
| LYNN L. TAVENNER, <br> as Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> ULX PARTNERS, LLC, and <br> UNITEDLEX CORPORATION, <br><br> Defendants. | Adv. Pro. No. 20-03142-KRH |

## SECOND PRETRIAL ORDER

On December 17, 2020, the Court entered its *Pretrial Order* [ECF No. 9] the ("First Pretrial Order") in the above-captioned adversary proceeding. At the request of the parties,

IT IS ORDERED

1. The trial shall be held on **October 25, 2021** (the "Trial Date") through **November 5, 2021** at **10:00 a.m.**[1] Unless otherwise ordered by the Court, the trial shall be conducted by remote video conference via Zoom for Government in accordance with Richmond General Order 20-5. Persons seeking to attend or participate at the trial must register through the following link: https://www.zoomgov.com/meeting/register/vJItcuCuqD0sHfjs0lcCEd7zfQCBE6oc2h8

2. The First Pretrial Order is hereby amended to change the term "Trial Date" defined therein to reflect the Trial Date set forth in this Second Pretrial Order.

---

[1] On November 3, 2021, the trial shall start at 1:00 p.m.

2

      3.      Except as modified herein or by Richmond General Order 20-5, all other terms and provisions set forth in the First Pretrial Order shall remain in full force and effect.

      4.      Failure to comply with this Second Pretrial Order shall result in appropriate sanctions.

      5.      The Clerk shall forward a copy of this Second Pretrial Order to all counsel of record.

SO ORDERED:   June 3, 2021            /s/ Kevin R. Huennekens
                                                   UNITED STATES BANKRUPTCY JUDGE

                                                   ENTERED ON DOCKET: Jun 4 2021