**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re: LECLAIRRYAN PLLC,** <br> Debtor. | Case No. 19-34574-KRH <br> Chapter 7 |
| **LYNN L. TAVENNER,** <br> as Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> **ULX PARTNERS, LLC and** <br> **UNITEDLEX CORPORATION,** <br><br> Defendants. | Adv. Pro. No. 20-03142-KRH |

## ORDER

On April 27, 2021, in accordance with the *Order* [ECF No. 41] dated April 21, 2021, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") conducted a status conference (the "Status Conference") in the above-captioned adversary proceeding on the *Defendants' ULX Partners, LLC's and UnitedLex Corporation's Motion to Partially Dismiss the Complaint* [ECF No. 17] (the "Motion to Dismiss"). Counsel for Lynn L. Tavenner, in her capacity as the Chapter 7 trustee for the bankruptcy estate of LeClairRyan PLLC, and counsel for ULX Partners, LLC and UnitedLex Corporation appeared at the Status Conference, where the Bankruptcy Court indicated that it would not hear oral argument on the Motion to Dismiss until after the United States District Court for the Eastern District of Virginia (the "District Court") issued a ruling on the *Defendants' Motion to Withdraw the Reference and Memorandum in Support Thereof* [ECF No. 13] (the "Motion to Withdraw"). On May 28, 2021, the District

Court denied the Motion to Withdraw.  Accordingly, the Motion to Withdraw having been denied by the District Court, and the Motion to Dismiss being fully briefed and now ripe for consideration by the Bankruptcy Court, it is hereby

**ORDERED** that the Bankruptcy Court will conduct a hearing (the "Hearing") on the Motion to Dismiss on June 24, 2021, at 11:00 a.m., at which the Bankruptcy Court will hear oral argument on the Motion to Dismiss.  Pursuant to the Court's *Protocol in Response to Public Health Emergency*,[1] the Hearing will be conducted via Zoom for Government.  Persons seeking to appear or participate at the Hearing must register in advance via the following link:

https://www.zoomgov.com/meeting/register/vJIsfu-prjwjHBxUGrVRcV1Wxe0tI28j8M4.

In addition, a listen-only line is available at:

>  Dial In: 1-866-590-5055
>  Access Code: 4377075
>  Security Code: 62421

DATED:  June 3, 2021                           /s/ Kevin R. Huennekens
                                               UNITED STATES BANKRUPTCY JUDGE

                                               Entered on Docket: Jun 4 2021

**Copies to:**

**Erika L. Morabito**
Quinn Emmanuel
1300 I Street, NW, Suite 900
Washington, DC 20005

**Brittany Jane Nelson**
Quinn Emmanuel
1300 I Street, NW, Suite 900
Washington, DC 20005

---

[1] A copy of the Protocol in Response to Public Health Emergency is available on the Court's website at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=860.

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**David G. Barger**
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102

**Thomas John McKee, Jr.**
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102