# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISCTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:   LECLAIRRYAN PLLC,<br><br>                    Debtor. | Case No. 19-34574-KRH<br>Chapter 7 |
| LYNN L. TAVENNER,<br>as Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>v.<br><br>ULX PARTNERS, LLC and<br>UNITED LEX CORPORATION,<br><br>                    Defendants. | Adv. Pro. No. 20-03142-KRH |

## ORDER

This matter comes before the United States Bankruptcy Court for the Eastern District of Virginia (this "Court") on *Defendants' ULX Partners, LLC's and UnitedLex Corporation's Motion to Partially Dismiss the Complaint* [ECF No. 17] (the "Motion") filed by ULX Partners, LLC ("ULXP") and UnitedLex Corporation ("UnitedLex," and, together with ULXP, the "Defendants"), whereby the Defendants seek to dismiss Counts I, II, III, V, VI, VII, VIII, IX, X, and XI of the *Complaint* [ECF No. 4] (the "Complaint") filed by Lynn L. Tavenner (the "Trustee"), in her capacity as Chapter 7 trustee for the bankruptcy estate of LeClairRyan PLLC.  The Trustee filed a response [ECF No. 25] to the Motion.  The Defendants filed a reply [ECF No. 26] to the Trustee's response.  The Court conducted a hearing (the "Hearing") on the Motion on June 24, 2021, at which the Court heard argument on behalf of the Defendants and the Trustee.  At the conclusion of the Hearing, the Court took the Motion under advisement.  After due consideration

of the pleadings, the arguments of counsel at the Hearing, and the authorities cited by the parties in their memoranda of law, and for the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the Motion is **DENIED IN PART** and **GRANTED IN PART**; and it is further

**ORDERED** that the Motion is **DENIED** as to Counts I, II, III, V, VI, VII, VIII, X, and XI of the Complaint; and it is further

**ORDERED** that the Motion is **GRANTED** as to Count IX of the Complaint; and it is further

**ORDERED** that the Defendants shall file their answer(s) no later than twenty-one (21) days after entry of this Order.

Dated:   July 20, 2021                         /s/ Kevin R. Huennekens
                                               UNITED STATES BANKRUPTCY JUDGE

                                               Entered on Docket: July 20, 2021

**Copies to:**

**Erika L. Morabito**
Quinn Emmanuel
1300 I Street, NW
Suite 900
Washington, DC 20005

**Brittany Jane Nelson**
Quinn Emmanuel
1300 I Street
Washington, DC 20005

**David G. Barger**
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102

**Thomas John McKee, Jr.**
Greenberg Traurig
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102