# EXHIBIT A

# Withheld From Docket Pending Further Order Of The Court