# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re:<br><br>LeClairRyan PLLC,<br><br>   Debtor.<br><br>Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>ULX Partners, LLC and UnitedLex Corporation,<br><br>   Defendants. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br><br><br><br><br>Adv. Proc. No. 20-03142 (KRH) |

## AGREED STIPULATION AND ORDER

The Parties, plaintiff Lynn L. Tavenner, as Chapter 7 Trustee (the "**Plaintiff**") and defendants ULX Partners, LLC and UnitedLex Corporation (collectively, the "**Defendants**"), by their respective counsel, and subject to approval by the Court, stipulate and agree to the following:

1. On July 20, 2021, this Court entered an Order [Docket No. 58] requiring the Defendants to file their Answer(s) to the original Complaint [Docket No. 4] (the "**Original Complaint**") in this matter no later than August 10, 2021 (the "**Answer Order**").

---

Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Fax: (703) 749-1301
Email: mckeet@gtlaw.com
*Counsel for ULX Partners, LLC and UnitedLex Corporation*

2. On July 22, 2021, counsel for the Plaintiff informed the Defendants and this Court that the Plaintiff intends to file a Motion for Leave to File an Amended Complaint in this matter (the "**Anticipated Motion for Leave**") in order for such motion to be heard by this Court at the next Omnibus Hearing of August 19, 2021.

3. In light of the Anticipated Motion for Leave, the Parties agree, subject to the Court's approval, that the Defendants' deadline to file their answer(s) to the Original Complaint as set forth in the Answer Order is vacated and that the following shall instead apply:

   i. In the event the Plaintiff opts against filing the Anticipated Motion for Leave, then the Plaintiff shall file a Notice of Answer Deadline with the Court indicating that Defendants will file their answer(s) to the Original Complaint no later than August 24, 2021.

   ii. In the event the Plaintiff files the Anticipated Motion for Leave and the Court denies such Motion, leaving the Original Complaint as the operative complaint in this matter, then Defendants shall file their answer(s) to the Original Complaint no later than fourteen (14) calendar days after entry of the Court's Order denying the Anticipated Motion for Leave.

   iii. In the event the Plaintiff files the Anticipated Motion for Leave and the Court grants such Motion permitting the filing of an Amended Complaint, or if Defendants and/or their counsel consent in writing to the relief requested in the Anticipated Motion on or before August 5, 2021 (the "**Written Consent**"), then Defendants shall file (i) their answer(s) to the Amended Complaint or (ii) any other response to the Amended Complaint as permitted by the Bankruptcy Code, any rule, statute, or as otherwise authorized by the Bankruptcy Court, no later than twenty-one (21) calendar days after either the entry of the Court's

Order granting the Anticipated Motion for Leave or the Written Consent, or by such other time as may be ordered by the Court.

Dated: July 30, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas J. McKee, Jr. | /s/ Erika L. Morabito |
| David G. Barger (VSB No. 21652) | Erika L. Morabito (VSB No. 44369) |
| Thomas J. McKee, Jr. (VSB No. 68427) | Brittany J. Nelson (VSB No. 81734) |
| Greenberg Traurig, LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 1750 Tysons Boulevard, Suite 1000 | 1300 I Street, N.W., Suite 900 |
| McLean, Virginia 22102 | Washington, DC 20005 |
| Telephone: (703) 749-1300 | Telephone: (202) 538-8334 |
| Facsimile: (703) 749-1301 | Email: erikamorabito@quinnemanuel.com |
| Email: bargerd@gtlaw.com | brittanynelson@quinnemanuel.com |
| mckeet@gtlaw.com | |

and                                                *Special Counsel to Plaintiff*

J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to Defendants*

SO ORDERED, this _____ day of _____, 2021:

Aug 5 2021

/s/ Kevin R Huennekens
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Aug 6 2021

3

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

      I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

         */s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to Defendants*

**Service List**

David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email:  bargerd@gtlaw.com
        mckeet@gtlaw.com
*Counsel to Defendants*

J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone:  (617) 310-6064
Email:  milmoeg@gtlaw.com
*Counsel to Defendants*

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 538-8334
Email:  erikamorabito@quinnemanuel.com
        brittanynelson@quinnemanuel.com
*Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

United States Bankruptcy Court

Eastern District of Virginia

Tavenner, as Chapter 7 Trustee,
    Plaintiff

ULX Partners, LLC,
    Defendant

Adv. Proc. No. 20-03142-KRH

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: baumgartn | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

**Recip ID**    **Recipient Name and Address**
+  J. Gregory Milmoe, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, MA 02110-2612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brittany Jane Nelson | on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| David G. Barger | on behalf of Defendant ULX Partners LLC bargerd@gtlaw.com, subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com subzwaria@gtlaw.com |
| Erika L. Morabito | on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com |
| Thomas John McKee, Jr. | on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com smedsa@gtlaw.com |

District/off: 0422-7　　　　　　　　　　　　　User: baumgartn　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Aug 06, 2021　　　　　　　　　　　Form ID: pdford9　　　　　　　　　　　　Total Noticed: 1

Thomas John McKee, Jr.
　　　　　　　　　　on behalf of Defendant ULX Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

TOTAL: 6