# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 19-34574 (KRH)** |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC and UnitedLex Corporation**<br><br>Defendants. | **Adv. Pro. 20-03142 (KRH)** |

## **NOTICE OF HEARING**

    PLEASE TAKE NOTICE THAT Defendants ULX Partners, LLC and UnitedLex Corporation (collectively, "**Defendants**"), by counsel, have filed a *Motion for Leave to File Redacted Objection* [Docket No. 76] (the "**Motion**") regarding their *Objection to Motion for Leave to Amend Complaint and to Modify Pretrial Scheduling Order* [Docket No. 75].

    PLEASE TAKE FURTHER NOTICE THAT the Court will entertain the Motion at the upcoming omnibus hearing on **August 19, 2021, at 11:00 a.m.** (or such time thereafter as the matter may be heard). In connection with the same, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge. Due to the COVID−19 public health emergency, no in-person hearings are being held. This hearing will take place remotely through Zoom on the date and time scheduled herein. To appear at the hearing, you must use the following Zoom registration link:

https://www.zoomgov.com/meeting/register/vJItcuyurT4uGUza77r1a7XmQbZhJCVxE1M

You can also dial in through the listen-only conference line:
Dial: 1-866-590-5055
Access Code: 4377075
Security Code: 81921

1

2

Dated:  August 16, 2021

/s/ *Thomas J. McKee, Jr.*
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Facsimile:    (703) 749-1301
Email: bargerd@gtlaw.com
      mckeet@gtlaw.com

and

J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email:  milmoeg@gtlaw.com

*Counsel to ULX Partners, LLC*
*and UnitedLex Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2021, I caused a true and correct copy of the foregoing to be served on Ms. Lynn L. Tavenner, as the Chapter 7 Trustee of LeClairRyan PLLC, c/o Quinn Emanuel Urquhart & Sullivan LLP, as the Trustee's special litigation counsel, via electronic mail to: Erika L. Morabito (erikamorabito@quinnemanuel.com) and Brittany J. Nelson (brittanynelson@quinnemanuel.com

*/s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Facsimile:   (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC
and UnitedLex Corporation*

ACTIVE 59449857v1