Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Telephone:    (202) 538-8000
Fax:             (202) 538-8100
Email:           erikamorabito@quinnemanuel.com
                     brittanynelson@quinnemanuel.com

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: <br><br> LeClairRyan PLLC,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-34574 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> ULX Partners, LLC and UnitedLex Corporation, <br><br> Defendants. | Adv. Proc. No. 20-03142 (KRH) |

## **SEALING ORDER**

This matter is before the Court on the *Motion for Order Authorizing Trustee to File Certain*

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

*Documents Under Seal in Connection with Trustee's Motion for Leave to File an Amended Complaint* (the "**Sealing Motion**"),[2] filed by Plaintiff, Lynn L. Tavenner, solely in t he capacity as the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate of LeClairRyan PLLC("**LeClairRyan**" or "**Debtor**"). The Sealing Motion seeks entry of an order (this "**Order**") (a) authorizing the Trustee to file under seal certain redacted portions of the Motion for Leave to Amend Complaint and to Modify Pretrial Scheduling Order (the "**Motion for Leave to Amend**") as well as to file under seal in its entirety the proposed amended complaint; and (b) directing that those redacted portions of the Motion for Leave to Amend and the amended complaint remain under seal and confidential and not be made available to anyone without the consent of the Trustee, except to (i) the Court; (ii) the Defendants (on a confidential basis); (iii) the New Defendants (on a confidential basis); and; (iii) the U.S. Trustee (upon their request), until the Court decides the Motion for Leave to Amend.

This Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the Eastern District of Virginia, dated August 15, 1984, and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Sealing Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Sealing Motion satisfies the *Ashcraft* requirements and is in the best interests of the Debtors' estates, and other parties in interest; and this Court having found that the Trustee's notice of the Sealing Motion and opportunity for a hearing on the Sealing Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Sealing Motion; and this Court having determined that the legal and factual bases set forth in the Sealing Motion establish

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Sealing Motion.

just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Sealing Motion is granted as set forth herein.

2. The Trustee is authorized to file those redacted portions of the Motion for Leave to Amend under seal pursuant to sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The Trustee is authorized to file the proposed amended complaint under seal pursuant to sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

4. The proposed amended complaint and the redacted portions of the Motion for Leave to Amend shall remain under seal pending further Court order and shall not be made available to anyone without the consent of the Trustee, except to (i) the Court; (ii) the Defendants (on a confidential basis); (iii) the defendants named in the proposed amended complaint (on a confidential basis); and (iii) the U.S. Trustee (upon their request).

5. Notwithstanding the relief granted herein or any action taken hereunder, nothing contained in this Order shall create any rights in favor of or enhance the status of any claim held by any party in interest.

6. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

ENTERED: Aug 19 2021

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Aug 20 2021

I ask for this:

/s/ Erika L. Morabito
Erika L. Morabito, Esquire (VSB 44369)
erikamorabito@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Telephone:    (202) 538-8000
Facsimile:     (202) 538-8100

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATION

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been endorsed by and/or served upon all necessary parties.

/s/ Erika L. Morabito
Counsel
