J. Scott Sexton (VSB No. 29284)  
Andrew M. Bowman (VSB No. 86754)  
GENTRY LOCKE  
P.O. Box 40013  
Roanoke, Virginia 24022  
Telephone:   540.983.9300  
Email:    sexton@gentrylocke.com  
          bowman@gentrylocke.com  

William A. Broscious (VSB No. 27436)  
William A. Broscious, Esq., PLC  
P.O. Box 71180  
Henrico, Virginia 23255  
Telephone:       804.533.2734  
Email: wbroscious@brosciouslaw.com  

*Counsel for Gary D. LeClair*

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**Richmond Division**

| | |
|---|---|
| **In re:** | |
| **LeClairRyan, PLLC,** | Case No.: 19-34574-KRH |
| **Debtor.** | Chapter 7 |
| **Lynn L. Tavenner, Trustee,** | |
| **Plaintiff,** | |
| v. | Adv. Proc. No. 20-03142-KRH |
| **ULX Partners, LLC,** **ULX Managers LLC,** **United Lex Corporation, and** **Gary D. LeClair,** | |
| **Defendants.** | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firms of William A. Broscious, Esq., PLC, and Gentry Locke, as counsel for Gary D. LeClair, hereby enter their appearances pursuant to Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by LeClairRyan, PLLC (the Debtor"), and request, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure,

29646/1/10068240v1

that all papers, pleadings, motions, and applications served or required to be served in the cases be given to and served on the following:

| | |
|---|---|
| William A. Broscious, Esquire<br>William A. Broscious, Esq., PLC<br>P.O. Box 71180<br>Henrico, Virginia 23255 | wbroscious@broscriouslaw.com<br>Tel. No: (804) 533-2734 |
| -and- | |
| J. Scott Sexton, Esquire<br>Andrew M. Bowman, Esquire<br>Gentry Locke<br>P.O. Box 40013<br>Roanoke, Virginia 24002 | sexton@gentrylocke.com<br>bowman@gentrylocke.com<br>Tel No: (540) 983-9300 |

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Mr. LeClair (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy or proceeding related to these cases, (iii) to have a district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which Mr. LeClair may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: September 3, 2021                                    By:  */s/ J. Scott Sexton*
                                                                Counsel

William A. Broscious, Esquire (VSB #27436)
WILLIAM A. BROSCIOUS, ESQ., PLC
P.O. Box 71180
Henrico, Virginia 23255
(804) 533-2734
wbroscious@broscriouslaw.com

J. Scott Sexton, Esquire (VSB #29284)
Andrew M. Bowman, Esquire (VSB #86754)
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24002
(540) 983-9300
(540) 983-9400 fax
sexton@gentrylocke.com
bowman@gentrylocke.co

29646/1/10068240v1

## CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2021, an electronic copy of the foregoing Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the above-styled adversary proceeding.

                                                */s/ J. Scott Sexton*
                                                J. Scott Sexton, Esquire