**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:  LECLAIRRYAN PLLC, | Case No. 19-34574-KRH |
| | Chapter 7 |
| Debtor. | |
| | |
| LYNN L. TAVENNER, as Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-03142-KRH |
| ULX PARTNERS, LLC, ULX MANAGER LLC, UNITEDLEX CORPORATION, and GARY LECLAIR, | |
| Defendants. | |

**ORDER DENYING MOTIONS TO DISMISS**

This matter comes before the United States Bankruptcy Court for the Eastern District of Virginia (this "Court") upon the *Defendants ULX Partners, LLC's, ULX Manager LLC's, and UnitedLex Corporation's Motion to Partially Dismiss the First Amended Complaint* [ECF No. 87] (the "ULX Motion") filed by ULX Partners, LLC, ULX Manager LLC, and UnitedLex Corporation (collectively, the "ULX Entities") and *Gary D. LeClair's Motion to Dismiss* [ECF No. 104] (the "GDL Motion" and, together with the ULX Motion, the "Motions") filed by Gary LeClair ("LeClair" and, together with ULX Entities, the "Defendants"), whereby the Defendants seek dismissal of certain counts included in the *First Amended Complaint* [ECF No. 86]. Lynn L. Tavenner, in her capacity as Chapter 7 trustee for the bankruptcy estate of LeClairRyan PLLC, filed an omnibus response [ECF No. 106], addressing both Motions. LeClair and the ULX Entities

filed replies [ECF Nos. 108, 109]. The Court conducted a hearing (the "Hearing") on the Motions on October 19, 2021. At the conclusion of the Hearing, the Court took the Motions under advisement. After due consideration of the arguments of counsel at the Hearing, the pleadings, and the authorities cited by the parties in their memoranda of law, and for the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the Motions are **DENIED**.

Dated: November 3, 2021            /s/ Kevin R. Huennekens
                                   UNITED STATES BANKRUPTCY JUDGE


Entered on Docket: Nov 3, 2021

**Copies to:**

**Erika L. Morabito**
Quinn Emmanuel
1300 I Street, NW
Suite 900
Washington, DC 20005

**Brittany Jane Nelson**
Quinn Emmanuel
1300 I Street
Washington, DC 20005

**David G. Barger**
Greenberg Traurig, LLP
1750 Tysons Blvd
Suite 1000
McLean, VA 22102

**Thomas John McKee, Jr.**
Greenberg Traurig
1750 Tysons Blvd
Suite 1000
McLean, VA 22102

**Andrew M. Bowman**
Gentry Locke
10 Franklin Rd SE, Suite 900
Roanoke, VA 24011

**Jeffrey Scott Sexton**
Gentry Locke Rakes & Moore, LLP
P.O. Box 40013
Roanoke, VA 24022

**William A. Broscious**
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, VA 23255