# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re: LECLAIRRYAN PLLC,<br><br>        Debtor. | Case No. 19-34574-KRH<br>Chapter 7 |
| LYNN L. TAVENNER,<br>as Chapter 7 Trustee,<br>        Plaintiff,<br><br>v.<br><br>ULX PARTNERS, LLC, et. al,<br><br>        Defendants. | Adv. Pro. No. 20-03142-KRH |

## ORDER SETTING HEARING

At the parties' request, it is

**ORDERED** that the Court shall conduct a hearing (the "Hearing") on **Friday, January 14, 2022, at 2:00 p.m.** to consider certain discovery issues. Pursuant to the *Protocol in Response to Public Health Emergency*,[1] the Hearing will be conducted via Zoom for Government. Persons seeking to appear or participate at the Hearing must register in advance via the following link:

https://www.zoomgov.com/meeting/register/vJIscuutpjIpHlhO5vrFEpfZ5fEgunmKEz8

DATED: January 14, 2022

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: January 14, 2022

---

[1] A copy of the Protocol in Response to Public Health Emergency is available on the Court's website at https://www.vaeb.uscourts.gov/sites/vaeb/files/GO20-5Rich.pdf.