**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:**  LeClairRyan PLLC,  Debtor. | **Case No. 19-34574-KRH**  **Chapter 7** |
| **Lynn L. Tavenner, Chapter 7 Trustee,**  Plaintiff,  v.  **ULX Partners, LLC, ULX Manager, LLC, UnitedLex Corporation, and Gary LeClair,**  Defendants. | **Adv. Pro. No. 20-03142-KRH** |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Lynn L. Tavenner, not individually, but solely in her capacity as the duly appointed Chapter 7 trustee (the "**Trustee**" or herein "**Plaintiff**") of the bankruptcy estate of LeClairRyan PLLC in the above-referenced Chapter 7 case, and Defendant Gary LeClair (the "**Defendant**") hereby stipulate to the dismissal with prejudice of Defendant Gary LeClair from this adversary proceeding, including the dismissal with prejudice of Defendant Gary LeClair from Counts X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, XXVI, XXIX, XXX, XXXI, and the dismissal with prejudice of all counterclaims

---

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)

*Special Counsel to the Chapter 7 Trustee*

asserted by Defendant. As evidenced by the endorsements herein, the Trustee and the Defendant each consents to this dismissal. Accordingly, all counts in this adversary proceeding against Defendant Gary LeClair are hereby dismissed with prejudice and all the counterclaims filed by the Defendant are hereby dismissed with prejudice.

Dated: January 18, 2022                    Respectfully submitted,

*/s/ Brittany J. Nelson*
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Tel:   (202) 538-8334
Email: erikamorabito@quinnemanuel.com
       brittanynelson@quinnemanuel.com

*Counsel to Lynn L. Tavenner, Esq., Chapter 7
Trustee of Estate of LeClairRyan PLLC*

SEEN AND AGREED:

*/s/ Andrew M. Bowman*
J. Scott Sexton (VSB No. 29284)
Andrew W. Bowman (VSB No. 86754)
GENTRY LOCKE
P.O. Box 40013
Roanoke, VA  24022

*Counsel for Gary D. LeClair*