# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   19−34574−KRH
**Chapter**   7
**Adversary Proceeding Number**   20−03142−KRH
**Judge**   Kevin R. Huennekens

**In re:**  LeClairRyan PLLC
Lynn L. Tavenner, as Chapter 7 Trustee

                                         Plaintiff(s)

V.
ULX Partners, LLC et al.

                                         Defendant(s)

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on  January 19, 2022  in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 1/14/2022, Remote electronic access to the transcript is restricted until 04/19/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, LLC, Telephone number 973−406−2250.] [Transcript Purchased by Thomas J. McKee, Jr..] (RE: related document(s) [128] Hearing held; Matter taken under advisement. Appearance(s): Erika Morabito and Brittany Nelson, Special Counsel for Trustee; David Barger and Thomas McKee for ULX Manager LLC, ULX Partners, LLC, UnitedLex Corporation (related document(s): 127 Order Continuing/Rescheduling/Setting Hearing) (greenleafr−ct)). Notice of Intent to Request Redaction Deadline Due By 01/26/2022. Redaction Request Due By 02/9/2022. Redacted Transcript Submission Due By 02/22/2022. Transcript access will be restricted through 04/19/2022. (Gottlieb, Jason)

    The parties have [until  January 26, 2022] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ February 9, 2022] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [ February 22, 2022] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ April 19, 2022] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                                            **William C. Redden**
                                            **Clerk, United States Bankruptcy Court**

Date:  January 19, 2022

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court

Eastern District of Virginia

Tavenner, as Chapter 7 Trustee,
    Plaintiff

ULX Partners, LLC,
    Defendant

Adv. Proc. No. 20-03142-KRH

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: bullockn | Page 1 of 2 |
| Date Rcvd: Jan 19, 2022 | Form ID: redacttr | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | David M. Grable, Esq., Quinn Emanuel Urquhart & Sullivan LLP, 865 South Figueroa Street, 10th Flr, Los Angeles, CA 90017-5003 |
| + | Greg Milmoe, Esq., Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, MA 02110-2612 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Bowman | on behalf of Defendant Gary LeClair bowman@gentrylocke.com  viar@gentrylocke.com |
| Brittany Jane Nelson | on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| David G. Barger | on behalf of Defendant ULX Partners  LLC bargerd@gtlaw.com, subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com  subzwaria@gtlaw.com |
| Erika L. Morabito | |

| District/off: 0422-7 | User: bullockn | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: redacttr | Total Noticed: 2 |

    on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Jeffery Scott Sexton
    on behalf of Defendant Gary LeClair sexton@gentrylocke.com viar@gentrylocke.com

Thomas John McKee, Jr.
    on behalf of Defendant ULX Partners LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.
    on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com smedsa@gtlaw.com

Thomas John McKee, Jr.
    on behalf of Defendant ULX Manager LLC mckeet@gtlaw.com smedsa@gtlaw.com

William A. Broscious
    on behalf of Defendant Gary LeClair wbroscious@brosciouslaw.com

TOTAL: 10