IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor.<br><br>---<br><br>**Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC**<br><br>Defendants. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br><br><br>Adv. Proc. No. 20-03142-KRH |

### AMENDED NOTICE OF MOTION AND HEARING

    **PLEASE TAKE NOTICE** that ULX Partners, LLC ("**ULXP**"), UnitedLex Corporation ("**UnitedLex**"), and ULX Manager, LLC ("**ULXM**") (collectively, the "**Defendants**"), have filed a Motion for Summary Judgment [Docket No. 133] (the "**Motion**") in the above-captioned adversary proceeding, which was filed and served upon you on January 28, 2022.

    **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained for a fee at https://ecf.vaeb.uscourts.gov.

    **PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Fax:           (703) 749-1301
Email:  mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corp., and ULX Manager, LLC*

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **February 11, 2022** (the "**Objection Deadline**"), you or your attorney must:

☒     File with Court, either electronically or at the address shown below, a written response pursuant to 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline:

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> Suite 4000
> Richmond, VA 23219

You must also serve a copy of your written response on the undersigned counsel so that it is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Court will entertain the Motion at the upcoming omnibus hearing on **February 17, 2021, at 1:00 p.m.** (or such time thereafter as the matter may be heard. In connection with the same, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge. Due to the COVID-19 public health emergency, no in-person hearings are being held. This hearing will take place remotely through Zoom on the date and time scheduled herein. To appear at the hearing, you must use the following Zoom registration link:

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsfu6gpzMrHRBE47YWERHgxP8vk2BVTdI

> Listen-only conference line:
> Dial: 1-866-590-5055
> Access Code: 4377075
> Security Code: 21722

If you or your attorney do not take these steps, including the filing and serving of a written response within the time period and in the manner set forth above, the Court may deem any opposition waived, treat the Motion as conceded, decide that you do not oppose the relief sought in the Motion and issue an order granting the relief requested without further notice or hearing.

Dated: February 1, 2022                       */s/ Thomas J. McKee, Jr.*
                                                                          David G. Barger (VSB No. 21652)
                                                                          Thomas J. McKee, Jr. (VSB No. 68427)
                                                                          Greenberg Traurig, LLP
                                                                          1750 Tysons Boulevard, Suite 1000

McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile:  (703) 749-1301
Email: bargerd@gtlaw.com
           mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of February 2022, I served a true and correct copy of the foregoing *Notice of Motion and Hearing* via the Court's CM/ECF filing system upon all counsel of record.

      */s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC*