**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In re:   LECLAIRRYAN PLLC,<br><br>                 Debtor. | Case No. 19-34574-KRH<br>Chapter 7 |
| LYNN L. TAVENNER,<br>as Chapter 7 Trustee,<br>                 Plaintiff,<br><br>v.<br><br>ULX PARTNERS, LLC, et. al,<br><br>                 Defendants. | Adv. Pro. No. 20-03142-KRH |

**ORDER**

On February 4, 2022, the Court conducted a status conference in the above-captioned adversary proceeding.  At the status conference, Lynn L. Tavenner, in her capacity as Chapter 7 trustee for the bankruptcy estate of LeClairRyan PLLC, (the "Trustee"), by counsel, and ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC (collectively, the "Defendants" and, together with the Trustee, the "Parties"), by counsel, jointly and orally moved (the "Motion") for the appointment of a judicial mediator to facilitate negotiation between the Parties. The Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; consideration of this Motion and the relief requested herein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; sufficient cause appearing; and for the reasons stated on the record in open court at the Hearing, it is **ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is hereby **GRANTED**.

2. The Honorable Frank J. Santoro is appointed as a judicial mediator (the "Mediator") in this matter. The Mediator shall have full authority to settle matters and to enter any orders necessary in furtherance of his settlement efforts.

3. The mediation shall be concluded no later than Monday, March 7, 2022.

4. The mediation processes and procedures and the duties of the Parties shall be determined by the Mediator.

5. The Parties shall comply with the Mediator's directions regarding the exchange of information and/or submission of memoranda or mediation statements should the Mediator so require.

6. Unless otherwise ordered by the Mediator in the Mediator's sole discretion the Trustee, the Parties, Daniel Reed, Nicholas Hinton, Travelers Insurance Company and each of the foregoing's counsel shall attend the mediation.

7. The Mediator may, in his sole discretion, confer with any private mediator utilized by the Parties in accordance with the *Order Establishing Procedures Regarding the Prosecution of Actions Involving Former Attorneys and Certain Others* [ECF. No. 533]. Such private mediator is hereby authorized to disclose to the Mediator any proceedings and writings incident to the mediation. For the avoidance of doubt, except as modified herein, all other rights, duties, and obligations established by the *Order Establishing Procedures Regarding the Prosecution of Actions Involving Former Attorneys and Certain Others* [ECF No. 533] and as may have been otherwise agreed to by the Parties remain in full force and effect.

8. The Parties shall provide a report (the "Mediation Report") to the Court of the results of the mediation immediately upon the conclusion of the mediation. Any resolution that

is reached will be subject to Court approval after notice and opportunity for hearing in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

9. The Court will retain jurisdiction over any matters related to or arising from the Mediation.

DATED:  February 4, 2022            /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

                                    Entered on Docket:  February 4, 2022

**Copies to:**

**Erika L. Morabito**
Quinn Emanuel
1300 I Street, NW, Suite 900
Washington, DC 20005

**Brittany Jane Nelson**
Quinn Emanuel
1300 I Street
Washington, DC 20005

**David G. Barger**
Greenberg Traurig, LLP
1750 Tysons Blvd. Suite 1000
McLean, VA 22102

**Thomas John McKee, Jr.**
Greenberg Traurig
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102

**J. Gregory Milmoe**
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110