# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: <br><br> LECLAIRRYAN PLLC, <br><br> Debtor. <br><br> ———————————————— <br><br> Lynn L. Tavenner, as Chapter 7 Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> ULX Partners, LLC, ULX Manager LLC, and UnitedLex Corporation <br><br> Defendants. | Chapter 7 <br><br> Case No. 19-34574 (KRH) <br><br><br><br><br><br> Adv. Proc. No. 20-03142-KRH |

**FOURTH STIPULATION AND AMENDED PRE-TRIAL ORDER**

Plaintiff Lynn L. Tavenner, as Chapter 7 Trustee, (the "**Plaintiff**") and Defendants ULX Partners, LLC, ULX Manager LLC, UnitedLex Corporation (collectively, the "**Defendants**"), subject to the approval of the Court, agree and jointly submit this Fourth Stipulation and Pre-Trial Order (the "Pre-Trial Order") establishing the following schedule in this adversary proceeding.

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Telephone:   (202) 538-8000
Email:       erikamorabito@quinnemanuel.com
             brittanynelson@quinnemanuel.com

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

1. The trial shall be held from **April 18, 2022 through April 29, 2022** (the "Trial Date"), at **10:00 a.m.**[1]

2. Unless otherwise ordered by the Court, the trial shall be conducted by remote video conference via Zoom for Government in accordance with Richmond General Order 20-5. Persons seeking to attend or participate at the trial must register through the following link: https://www.zoomgov.com/meeting/register/vJItcuCuqD0sHfjs0lcCEd7zfQCBE6oc2h8

3. To the extent not already provided, the parties shall make the pretrial disclosures required under Rule 7026(a)(1) of the Federal Rules of Bankruptcy Procedure within 14 days following the Court's entry of this Pre-Trial Order.

4. On or before **September 27, 2021**, Defendants shall file any motions to dismiss the First Amended Complaint (the "Motions to Dismiss").

5. On or before **October 12, 2021**, Plaintiff shall file any Oppositions to Defendants' Motions to Dismiss.

6. On or before **October 15, 2021**, Defendants shall file any Replies in support of the Motions to Dismiss.

7. A hearing on Defendants' Motions to Dismiss shall be held on **October 19, 2021 at 11:00 a.m.**

8. Except as otherwise set forth herein, discovery shall be completed on or before **January 21, 2022**.

9. All dispositive motions, including summary judgment motions, must be filed no later than **January 28, 2022**.

---

[1] Trial shall begin at 1:00 p.m. on April 20, 2022.

10. All oppositions to dispositive motions must be filed no later than **February 11, 2022**.

11. All replies in support of dispositive motions must be filed no later than **February 14, 2022**.

12. A hearing on any dispositive motions, including summary judgment motions, shall be **March 15, 2022 at 11:00 a.m.**

13. In accordance with Richmond General Order 20-5, the hearing scheduled for **March 15, 2022 at 11:00 a.m.** will be conducted via Zoom with a listen-only line available.

> Zoom registration link:
> https://www.zoomgov.com/meeting/register/vJItceCurTgiGPXTk5yjSfH583gVDANdKvA
>
> Listen-only conference line:
> Dial: 1-866-590-5055
> Access Code: 4377075
> Security Code: 31522

14. The Trustee must file any motions for leave to amend no later than **February 11, 2022.**

15. All oppositions to any motions for leave to amend must be filed no later than **March 1, 2022.**

16. The Trustee may a file a reply in support of her motion for leave to amend no later than **March 4, 2022.**

17. A hearing on the motion for leave to amend shall be **March 8 at 11:00 a.m**.

18. In the event the Trustee's motion for leave to amend is granted, the Defendants shall be entitled to file a 7-page supplement to their reply in support of their Motion for Summary

3

Judgment. The supplement shall be filed by no later than **March 11**, and shall be limited to arguments addressing only any new causes of action that may be added to the First Amended Complaint.

19. The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure on or before **a date to be set by the Court**, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 14 days after the disclosure made by the other party.

20. On or before **a date to be set by the Court**, counsel for the parties shall conclude any depositions of designated experts.

21. All Daubert Motions must be filed on or before **a date to be set by the Court**.

22. All oppositions to Daubert Motions must be filed on or before **a date to be set by the Court**.

23. All replies in support of Daubert Motions must be filed no later than on or before **a date to be set by the Court**.

24. A hearing on any Daubert Motion shall be held on **a date to be set by the Court**.

25. On or before **March 28, 2022**, counsel for the parties shall meet at a mutually convenient location and make a good faith effort to narrow the issues in the trial and to enter into written stipulations of any uncontroverted facts (the "Stipulation"). The Stipulation (or in lieu thereof, a joint statement of counsel that no agreement as to any uncontroverted facts could be reached) shall be filed with the Court on or before **April 4, 2022.**

26. On or before **April 4, 2022,** counsel for the parties shall file with the Clerk a list of proposed exhibits and the proposed exhibits. Unless the Court orders otherwise, the exhibits shall be filed in accordance with Richmond General Order 20-5.

27. Objections to any of the proposed exhibits shall be filed on or before **April 11, 2022**. Exhibits to which no timely objection has been made will stand as admitted into evidence.

28. Counsel for Plaintiff shall file a list of witnesses in accordance with Rule 7026(a)(3)(A) of the Federal Rules of Bankruptcy Procedure that Plaintiff intends to call to testify at trial on or before **April 4, 2022**; and counsel for Defendants shall file a list of witnesses in accordance with Rule 7026(a)(3)(A) of the Federal Rules of Bankruptcy Procedure that Defendants intend to call at trial not later than **April 8, 2022**. Counsel for Plaintiff may file a list of rebuttal witnesses on or before **April 11, 2022.**

29. Counsel for the parties shall file a designation of those witnesses whose testimony is expected to be presented by means of a deposition and a redacted transcript of the pertinent portions of the deposition testimony on or before **April 4, 2022.** Any other party may file counter designations of the redacted portions of the deposition transcript they deem relevant not later than **April 8, 2022**. Objections to the use under Rule 7032(a) of the Federal Rules of Bankruptcy Procedure of a deposition so designated by another party shall be filed on or before **April 11, 2022.**

30. Should a settlement be reached, counsel shall immediately file any motion required by Rule 9019 of the Federal Rules of Bankruptcy procedure for approval of the settlement (the "Rule 9019 Motion"). Counsel shall schedule a hearing to be conducted not later than 28 days after the Trial Date to consider any Rule 9019 Motion and for presentation of a final order.

31. It is the responsibility of all counsel to be thoroughly acquainted with and follow the procedures set forth in the statutes, the national and local bankruptcy rules, and the requirements of the judge.

IT IS SO ORDERED:

ENTERED: Feb 7 2022 , 2022.

/s/ Kevin R Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Court Judge

Entered On Docket: Feb 8 2022

WE ASK FOR THIS:


  /s/ Erika L. Morabito
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email:  erikamorabito@quinnemanuel.com
           brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*


WE ASK FOR THIS:


  /s/ Thomas J. McKee, Jr.
Thomas J. McKee, Jr. (VSB No. 68427)
David G. Barger (VSB No. 21652)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com
         bargerd@gtlaw.com

and

J. Gregory Milmoe (admitted pro hac vice)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email:  milmoeg@gtlaw.com

*Counsel to Defendant ULX Partners, LLC, ULX Manager LLC, UnitedLex Corporation*

**CERTIFICATION**

      I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been endorsed by and/or served upon all necessary parties.

*Erika L. Morabito*
Erika L. Morabito