IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | Chapter 7<br><br>Case No. 19-34574 (KRH) |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC**<br><br>Defendants. | Adv. Proc. No. 20-03142-KRH |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Defendants ULX Partners, LLC ("**ULXP**"), UnitedLex Corporation ("**UnitedLex**"), and ULX Manager, LLC ("**ULXM**") (collectively, the "**ULX Entities**" or "**Defendants**"), by counsel, has filed a Motion to File Partially Redacted Opposition [Docket No. 170] (the "**Motion to Redact**") regarding their Opposition to the Trustee's Motion to Amend the First Amended Complaint [Docket No.169].

PLEASE TAKE FURTHER NOTICE THAT the Court will entertain the Motion at the upcoming hearing on the Trustee's Motion to Amend the First Amended Complaint on **March 8, 2022, at 11:00 a.m.** (or such time thereafter as the matter may be heard). In connection with the same, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge. Due to the COVID−19 public health emergency, no in-person hearings are being held. This hearing will take place remotely through Zoom on the date and time scheduled herein. This hearing will take place remotely through Zoom on the date and time scheduled herein.

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsd-qqqz8tG9qsUkSU3LiI8AdYy70rypk

Listen-only conference line:
Dial: 1-866-590-5055
Access Code: 4377075
Security Code: 122121

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

| | |
|---|---|
| Dated:  March 1, 2022 | */s/ Thomas J. McKee, Jr.*<br>David G. Barger (VSB No. 21652)<br>Thomas J. McKee, Jr. (VSB No. 68427)<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>Telephone:  (703) 749-1300<br>Facsimile:    (703) 749-1301<br>Email: bargerd@gtlaw.com<br>          mckeet@gtlaw.com<br><br>and<br><br>J. Gregory Milmoe (admitted *pro hac vice*)<br>Greenberg Traurig, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Telephone: (617) 310-6064<br>Email:  milmoeg@gtlaw.com<br><br>*Counsel to Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2022, I caused a true and correct copy of the foregoing to be served on Ms. Lynn L. Tavenner, as the Chapter 7 Trustee of LeClairRyan PLLC, c/o Quinn Emanuel Urquhart & Sullivan LLP, as the Trustee's special litigation counsel, via electronic mail to: Erika L. Morabito (erikamorabito@quinnemanuel.com) and Brittany J. Nelson (brittanynelson@quinnemanuel.com).

/s/ *Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Facsimile:   (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to the ULX Entities*