IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-34574 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC<br><br>Defendants. | Adv. Proc. No. 20-03142-KRH |

**CONSENT ORDER TO CONTINUE APRIL 28TH HEARING AND TO STAY REMAINING DEADLINES IN THE COURT'S
<u>SIXTH STIPULATION AND AMENDED PRE-TRIAL ORDER</u>**

Upon consideration of the *Consent Motion to Continue April 28th Hearing and to Stay Remaining Deadlines in the Court's Sixth Stipulation and Amended Pre-Trial Order* (the "**Motion to Continue and Stay**") [Docket No. 201], it is hereby

ORDERED that the Motion to Continue and Stay is GRANTED; and it is further

David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Fax:          (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corp., and ULX Manager, LLC*

ORDERED that the April 28th hearing on the MSJ Pleadings, as defined in the Motion to Continue and Stay, is hereby CONTINUED until May 25, 2022 at 11:00 a.m.; and it is further

ORDERED that all matters having been removed from the April 28th hearing, such hearing may be removed from the Court's docket; and it is further

ORDERED that all deadlines and dates in the Court's *Sixth Stipulation and Amended Pre-Trial Order* [Docket No. 190] are hereby STAYED pending further Order of this Court.

IT IS SO ORDERED.

Dated: Apr 27 2022

/s/ Kevin R Huennekens
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Apr 27 2022

WE ASK FOR THIS:

*/s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
David G. Barger (VSB No. 21652)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com
　　　　bargerd@gtlaw.com

and

J. Gregory Milmoe (admitted pro hac vice)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to Defendant ULX Partners, LLC,*
*ULX Manager LLC, and UnitedLex Corporation*

SEEN AND AGREED:


*/s/ Erika L. Morabito*
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email: erikamorabito@quinnemanuel.com
　　　　brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has been endorsed and/or served on all necessary parties.

                                            */s/ Thomas J. McKee, Jr.*
                                          Thomas J. McKee, Jr. (VSB No. 68427)