IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>Debtor.<br><br>Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC<br><br>Defendants. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br><br><br><br><br>Adv. Proc. No. 20-03142-KRH |

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

Notice is hereby given that a Redaction Request with respect to the official transcript of the hearing held on April 19, 2022 in the above referenced adversary proceeding will be filed with the court within 21 calendar days from the date the unredacted transcript was noted on the docket [Docket No. 200].

_____
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Fax: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corp., and ULX Manager, LLC*

Dated: April 27, 2022

Respectfully submitted,

*/s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
David G. Barger (VSB No. 21652)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com
      bargerd@gtlaw.com

and

J. Gregory Milmoe (admitted pro hac vice)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of April, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system, including:

    Erika L. Morabito, Esq.
    Brittany J. Nelson, Esq.
    QUINN EMANUEL
    erikamorabito@quinnemanuel.com
    brittanynelson@quinnemanuel.com

    Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee

*/s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC*