## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**In re:** LeClairRyan PLLC

Lynn L. Tavenner, as Chapter 7 Trustee

**Case Number**  19−34574−KRH
**Chapter**  7
**Adversary Proceeding Number**  20−03142−KRH
**Judge**  Kevin R. Huennekens

Plaintiff(s)

V.

ULX Partners, LLC et al.

Defendant(s)

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on  April 26, 2022  in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/19/2022, Remote electronic access to the transcript is restricted until 07/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, LLC, Telephone number 973−406−2250.] [Transcript Purchased by Brittany Nelson.] (RE: related document(s) [197] Hearing held and continued; Appearance(s): Erika Morabito, Special Counsel for Trustee; Paula Beran for Trustee; David G. Barger and J. Gregory Milmoe for ULX Partners, LLC; Shannon Pecoraro for Office of the US Trustee (Re: related document(s)147 Motion to Amend filed by Lynn L. Tavenner, as Chapter 7 Trustee, Lynn L. Tavenner, as Chapter 7 Trustee) Hearing scheduled for 5/25/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.). Notice of Intent to Request Redaction Deadline Due By 04/29/2022. Redaction Request Due By 05/13/2022. Redacted Transcript Submission Due By 05/23/2022. Transcript access will be restricted through 07/21/2022. (Gottlieb, Jason)

The parties have [until  May 3, 2022] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ May 17, 2022] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [ May 27, 2022] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ July 25, 2022] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   April 26, 2022

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court

Eastern District of Virginia

Tavenner, as Chapter 7 Trustee,
    Plaintiff

ULX Partners, LLC,
    Defendant

Adv. Proc. No. 20-03142-KRH

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 2
Date Rcvd: Apr 26, 2022     Form ID: redacttr     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | David M. Grable, Esq., 865South Figueroa St., 10th Flr, Los Angeles, CA 90017-5003 |
| | + | J. Gregory Milmoe, Esq, One Vanderbilt Ave., New York, NY 10017-3852 |
| | + | Matthew R. Scheck, Esq., 865 South Figueroa St., 10th Flr., Los Angeles, CA 90017-5003 |
| | + | Shannon F. Pecoraro, Esq., 701 East Broad Street, Suite 4304, Richmond, VA 23219-1849 |
| | + | Stephen R. Mysliwiec, Esq., 2445 M. Street NW, Suite 910, Washington, DC 20037-1598 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Bowman | |
| | on behalf of Defendant Gary LeClair bowman@gentrylocke.com  viar@gentrylocke.com |
| Brittany Jane Nelson | |
| | on behalf of Counter-Defendant Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |

Case 20-03142-KRH    Doc 205    Filed 04/28/22    Entered 04/29/22 00:14:21    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0422-7 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: redacttr | Total Noticed: 5 |

David G. Barger
on behalf of Defendant ULX Partners  LLC bargerd@gtlaw.com, subzwaria@gtlaw.com

David G. Barger
on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com  subzwaria@gtlaw.com

Erika L. Morabito
on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Jeffery Scott Sexton
on behalf of Defendant Gary LeClair sexton@gentrylocke.com  viar@gentrylocke.com

Paula S. Beran
on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee pberan@tb-lawfirm.com, ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Thomas John McKee, Jr.
on behalf of Defendant ULX Manager LLC mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
on behalf of Defendant ULX Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.
on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com  smedsa@gtlaw.com

William A. Broscious
on behalf of Defendant Gary LeClair wbroscious@brosciouslaw.com

TOTAL: 12