# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re:<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor.<br><br>**Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>vs.<br><br>**ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC**<br><br>Defendants. | Chapter 7<br><br>Case No. 19-34574 (KRH)<br><br><br><br><br><br>Adv. Proc. No. 20-03142-KRH |

## UNOPPOSED BRIDGE ORDER

Defendants ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC (collectively, the "**Defendants**"), by counsel, and subject to approval by the Court, submit the following:

1. On April 19, 2022, the parties appeared before the Court and informed the Court that they had agreed to various material terms to globally resolve all disputes among them, and

David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
J. Gregory Milmoe (admitted *pro hac vice*)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1300
Fax: (703) 749-1301
Email: mckeet@gtlaw.com

*Counsel to ULX Partners, LLC, UnitedLex Corp., and ULX Manager, LLC*

placed material terms of the settlement on the record at such hearing. The transcript for the April 19, 2022 hearing is docketed at Docket No. 200 in the above-captioned adversary proceeding (the "**Transcript**").

2.      On May 11, 2022, the Defendants filed a *Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings* [Docket No. 207] (the "**Motion to Seal**"), through which Defendants requested that portions of the Transcript be redacted and placed under seal. A hearing on the Motion to Seal is set for May 25, 2022 at 11:00 a.m.

3.      In an effort to preserve the issues in the Motion to Seal for ruling by the Court at the May 25, 2022 hearing, Defendants respectfully request, with no objection from plaintiff Lynn L. Tavenner, as Chapter 7 Trustee (the "**Plaintiff**"), that the Court seal the Transcript and prohibit public viewing of the Transcript at the Court pending further Order of the Court on the pending Motion to Seal.

4.      Accordingly, the Defendants request with no objection from the Plaintiff, subject to the Court's approval, the following:

(i)      The Transcript is hereby sealed, and public viewing of the Transcript at theCourt prohibited, until further Order of this Court following the Court's ruling on the Motion to Seal.

(ii)      Notwithstanding the foregoing, the parties (including their counsel), as well as the Office of the United States Trustee, and all parties to the settlement referenced in the Motion to Seal, are permitted access to the Transcript.

(iii)      For the avoidance of doubt, this Order is without prejudice to a final determination on the Motion to Seal. All rights, claims, and defenses are reserved pending the May 25, 2022, hearing.

Dated: May 17, 2022

| Respectfully submitted, | Seen and no objection, |
|---|---|
| /s/ Thomas J. McKee, Jr.<br>David G. Barger (VSB No. 21652)<br>Thomas J. McKee, Jr. (VSB No. 68427)<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>Telephone: (703) 749-1300<br>Facsimile: (703) 749-1301<br>Email: bargerd@gtlaw.com<br>mckeet@gtlaw.com | /s/ Erika L. Morabito<br>Erika L. Morabito (VSB No. 44369)<br>Brittany J. Nelson (VSB No. 81734)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8334<br>Email: erikamorabito@quinnemanuel.com<br>brittanynelson@quinnemanuel.com |
| and | Special Counsel to Plaintiff |
| J. Gregory Milmoe (admitted pro hac vice)<br>Greenberg Traurig, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Telephone: (617) 310-6064<br>Email: milmoeg@gtlaw.com | |
| Counsel to Defendants | |

May 18 2022
SO ORDERED, this _____ day of _____, 2022:

/s/ Kevin R Huennekens
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: May 18 2022

**LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has been endorsed and/or served on all necessary parties.

*/s/ Thomas J. McKee, Jr.*
Thomas J. McKee, Jr. (VSB No. 68427)