UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **In re:** <br><br> **LECLAIRRYAN PLLC,** <br><br> Debtor. | **Chapter 7** <br><br> **Case No. 19-34574 (KRH)** |
| **Lynn L. Tavenner, as Chapter 7 Trustee,** <br><br> Plaintiff, <br><br> vs. <br><br> **ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC** <br><br> Defendants. | **Adv. Proc. No. 20-03142-KRH** |

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR JUNE 1, 2022 at 1:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for June 1, 2022 at 1:00 p.m. (prevailing Eastern Time) is cancelled.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: June 1, 2022  By: */s/ Paula S. Beran*
Richmond, Virginia  Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*