United States Bankruptcy Court
Eastern District of Virginia
\_\_\_\_Richmond\_\_\_\_ Division

In re:    LeClairRyan PLLC                                Case No. 19-34574- KRH

                                                          Adv. Proceeding No. 20-03142-KRH

          Debtor(s)

**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on July 19, 2022                       .

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S):    John P. Fitzgerald, III

ATTORNEY:    Kathryn R. Montgomery
             Office of the United States Trustee
             701 East Broad Street, Suite 4303, Richmond, VA 23219

APPELLEE(S):    See Additional page for list of Appellees and interested
                parties.

ATTORNEY:    See Additional page for list of Attornies

Brief Description of Judgment/Order Appealed:  Oral ruling of the US Bankruptcy Court granting the Motion to Seal Agreement and Related Documents, Information and Hearings

Date Judgment/Order Entered:  N/A

1. Filing Fees:    A. Notice of Appeal – Filing Fee $5.00    (✓) Paid    ( ) Not Paid
                   B. Appeal Docket Fee - $293.00          (✓) Paid    ( ) Not Paid    ( ) Deferred. See Attached Request
2. ( ) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

                                                WILLIAM C. REDDEN, Clerk of Court

                                                By /s/; N. Bullock                        , Deputy Clerk

Date transmitted: July 22, 2022             Telephone No. (804) 916-2428

..................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER: _____
DATE: _____  BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]

**Appelle:**

David G. Barger
Thomas J. McKee, Jr.
J. Gregory Milmoe
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102

**Other Interested Parties:**

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219


Erika L. Morabito
Brittany Jane Nelson
Quinn Emanuel Urquhart & Sullivan
1300 I Street, NW, Suite 900
Washington, DC 20005


Tyler P. Brown
Jason William Harbour
Henry Pollard Long, III
Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219


Susan Poll Klaessy
Foley & Lardner LLP

300 K. Street, N.W., Suite 600

Washington, DC 20007-5109


Michael E. Hastings
Woods Rogers PLC
901 East Byrd Street, Suite 1550
Richmond, VA 23219

Georgina C. Shepard
Arnall Golden Gregory, LLP
1775 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006

Margaret T. Karchmer
Wiley Rein, LLP
2050 M Street NW
Washington, DC 20036

Thomas J. Judge
Dykema Gossett PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005

J. Scott Sexton
Andrew M. Bowman
Gentry Locke
10 Franklin Rd SE, Suite 900
Roanoke, VA 24011

William A. Broscious
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, VA 23255