**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** | **Case No. 19-34574-KRH** |
| **LeClairRyan PLLC,** | **Chapter 7** |
| **Debtor.** | |
| **Lynn L. Tavenner, Chapter 7 Trustee,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Pro. No. 20-03142 (KRH)** |
| **ULX Partners, LLC, UnitedLex Corporation, and ULX Manager LLC,** | |
| **Defendants.** | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, Plaintiff Lynn L. Tavenner, not individually, but solely in her capacity as the duly appointed Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC in the above-referenced Chapter 7 case, and Defendants ULX Partners, LLC, UnitedLex Corporation, and ULX Manager LLC (the "**Defendants**") hereby stipulate to the dismissal with prejudice of the above-captioned adversary proceeding in its entirety. As evidenced by the endorsement herein,

---

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email: erikamorabito@quinnemanuel.com
brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

the Defendants consent to the dismissal. Accordingly, the above-captioned action, is hereby dismissed with prejudice.

Dated: September 7, 2022

Respectfully submitted,

*/s/   Brittany J. Nelson*
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Tel:    (202) 538-8334
Email: erikamorabito@quinnemanuel.com
           brittanynelson@quinnemanuel.com

*Counsel to Lynn L. Tavenner, Esq., Chapter 7*
*Trustee of Estate of LeClairRyan PLLC*

SEEN AND AGREED:

*/s/ Thomas J. McKee, Jr*
David G. Barger (VSB No. 21652)
Thomas J. McKee, Jr. (VSB No. 68427)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA  22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: bargerd@gtlaw.com
           mckeet@gtlaw.com

and

J. Gregory Milmoe (admitted pro hac vice)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6064
Email: milmoeg@gtlaw.com

*Counsel to ULX Partners, LLC and*
*UnitedLex Corporation and ULX Manager LLC*

10750-00003/13591888.2